# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JAVADO AUDRIC THOMPSON,**

    **Plaintiff,**

**v.**                                                  Case No. 3:11cv423/RV/CJK

**M. NICHOLS, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 27, 2015 (doc. 57). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Nichols' motion to dismiss (doc. 50) is **DENIED**.

**DONE AND ORDERED** this 30th day of March, 2015.

                                              /s/ Roger Vinson
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**