UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAVADO AUDRIC THOMPSON**

    **Plaintiff,**

v.                                      Case No. 3:11cv423/RV/CJK

**M. NICHOLS, et al.,**

    **Defendants.**
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 11, 2016 (doc. 84). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed (doc. 85), I have determined that the Report and Recommendation should be adopted. I also note that this case was originally dismissed on the basis of plaintiff's failure to show the requisite physical injury under Title 42, United States Code, Section 1997e(e). However, upon appeal, the Eleventh Circuit determined that Thompson had alleged more than *de minimus* physical harm, and reversed and

remanded the case on January 14, 2014. As the Report and Recommendation amply demonstrates, the undisputed factual record establishes that the defendants are entitled to judgment as a matter of law.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The defendants' motion for summary judgment (doc. 78) is **GRANTED**.

3. The clerk is directed to enter judgment in favor of the defendants and against plaintiff and close the file.

**DONE AND ORDERED** this 3rd day of March, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**